IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    Case No. 4:18-cr-00350 KGB

DAVID EVANS                                                                              DEFENDANT

### ORDER

Pending before the Court is defendant David Evans's motion for early termination of probation (Dkt. No. 15). The government opposes the motion (Dkt. No. 18).

Mr. Evans plead guilty to a charge of theft of mail in violation of 18 U.S.C. § 1708 (Dkt. Nos. 3-5). On February 27, 2019, the Court sentenced Mr. Evans to five years of probation and a $100 special assessment (Dkt. Nos. 11-13). Among other conditions, he was ordered to perform community service and to participate in substance abuse and mental health counseling during probation (Dkt. No. 13, at 4).

In support of his motion, Mr. Evans claims that he has diligently complied with all terms and conditions of his probation and seeks early termination of his probation (Dkt. No. 15). In response, the government argues that Mr. Evans has not set forth any new or exceptional circumstances to justify early termination of probation (Dkt. No. 18, at 2). Further, the government reminds that the circumstances of this offense went beyond mail theft to include using a log to shatter the window of a post office to burglarize the post office (*Id.*, at 1). The United States Probation Office has examined Mr. Evans's case and, for articulated reasons, does not recommend early termination at this time.

Pursuant to 18 U.S.C. § 3564(c), the Court, "after considering the factors set forth in section 3553(a), to the extent they are applicable, may, pursuant to the provisions of the Federal Rules of

Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant. . . at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." The Court acknowledges that Mr. Evans has complied with his conditions of his probation. However, Mr. Evans does not provide any reason why early termination of his probation would serve the interests of justice.

Mere compliance with the terms of probation does not justify early termination because compliance is expected. Without more, and based on the facts of this particular case, early termination at this point cannot be justified. Therefore, this Court denies without prejudice Mr. Evans's motion for early termination of probation (Dkt. No. 15). To the extent Mr. Evans seeks a hearing on this request, he may file a motion for reconsideration and specifically request a hearing.

It is so ordered this 7th day of January, 2022.

_____
Kristine G. Baker
United States District Judge